ANDREW S. T. FRITZ, LTD.
Andrew S. T. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada 89101
(702) 383-5155
Fax: (702) 383-2865
Email: contact@fritzlawyers.com
Attorney for Defendant - Josiah Gasior

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-633-VCF |
| Plaintiff, | ) | |
| v. | ) | |
| JOSIAH GASIOR, | ) | |
| Defendant. | ) | |

## ORDER TO CONTINUE TRIAL DATE

IT IS HEREBY STIPULATED AND AGREED by and between ANDREW FRITZ, ESQ., Counsel for Defendant JOSIAH GASIOR, and RACHEL KENT, ESQ., Assistant United States Attorney, that the Trial currently scheduled for January 20, 2021, at 8:30 a.m., be vacated and reset to a date and time convenient to the court but no earlier than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant GASIOR has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Denial of this request for continuance could result in a miscarriage justice.

4. Defense counsel currently has an in-custody preliminary hearing and trial set for January 20, 2021, at 9:00 a.m. in Pahrump Justice Court B, Nye County, Nevada

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Trial Date until a date and time convenient to the court. This is the first request for continuance filed herein.

DATED: January ___, 2021.

/ s  
ANDREW FRITZ, ESQ.  
Attorney for Defendant GASIOR

/ s  
RACHEL KENT, ESQ.  
Assistant United States Attorney

ANDREW S. T. FRITZ, LTD.
Andrew S. T. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada 89101
(702) 383-5155
Fax: (702) 383-2865
Email: contact@fritzlawyers.com
Attorney for Defendant - Josiah Gasior

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-633-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSIAH GASIOR, | ) | |
| | ) | |
| Defendant. | ) | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant GASIOR has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Denial of this request for continuance could result in a miscarriage justice.

4. Defense counsel currently has an in-custody preliminary hearing and trial set for January 20, 2021, at 9:00 a.m. in Pahrump Justice Court B, Nye County, Nevada.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Trial Date until a date and time convenient to the court.

This is the first request for continuance filed herein.

DATED this 12th day of January, 2021.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for trial.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Trial currently scheduled for January 20, 2021, at 9:00 am, be continued to May 5, 2021 at 9:00 am in LV Courtroom 3D before Magistrate Judge Ferenbach.

DATED this 15 day of January, 2021.

_____
**HONORABLE CAM FERENBACH**
**U.S. MAGISTRATE JUDGE**