ANDREW S. T. FRITZ, LTD.
Andrew S. T. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada 89101
(702) 383-5155
Fax: (702) 383-2865
Email: contact@fritzlawyers.com
Attorney for Defendant - Josiah Gasior

___ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 04 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MJ-633-VCP |
| Plaintiff, | |
| v. | |
| JOSIAH GASIOR, | |
| Defendant. | |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant GASIOR has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Denial of this request for continuance could result in a miscarriage justice.

4. Defense counsel has a proposed guilty plea agreement received from the United States Attorney's office. Defense counsel needs additional time to review the guilty plea agreement with Defendant Gasior. Defense counsel has had a congested calendar recently and needs additional time to prepare for trial if the guilty plea agreement is not accepted by Defendant Gasior.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Trial Date until a date and time convenient to the court.

This is the second request for continuance filed herein.

DATED this ___ day of May, 2021.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for trial.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Trial currently scheduled for May 5, 2021, at 8:30 a.m., be continued to August 18, 2021 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 4th day of May, 2021.

_____
**HONORABLE CAM FERENBACH**
**U.S. MAGISTRATE JUDGE**