ANDREW S. T. FRITZ, LTD.
Andrew S. T. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada 89101
(702) 383-5155
Fax: (702) 383-2865
Email: contact@fritzlawyers.com
Attorney for Defendant - Josiah Gasior

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:20-MJ-633-VCF |
| Plaintiff, | ORDER GRANTING STIPULATION TO CONTINUE BENCH TRIAL |
| v. | |
| JOSIAH GASIOR, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant GASIOR has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Denial of this request for continuance could result in a miscarriage justice.

4. Defendant began showing symptoms for COVID last week. Thus, he went

for a test on Wednesday, August 11, 2021, which was positive for COVID. Due to testing positive for COVID the defendant will not be available for trial on August 18, 2021.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Trial Date until a date and time convenient to the court. This is the third request for continuance filed herein.

DATED this 16 day of August, 2021.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for trial.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Trial currently scheduled for August 18, 2021, at 9:00 a.m., be continued to December 1, 2021 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 16 day of August, 2021.

_____
HONORABLE CAM FERENBACH
U.S. MAGISTRATE JUDGE

-4-