ANDREW S. T. FRITZ, LTD.
Andrew S. T. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada 89101
(702) 383-5155
Fax: (702) 383-2865
Email: contact@fritzlawyers.com
Attorney for Defendant - Josiah Gasior

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-633-VCF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOSIAH GASIOR, | ) | |
| | ) | |
| Defendant. | ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant GASIOR has spoken to his out of custody client and he has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and she has no objection to the continuance.

3. Denial of this request for continuance could result in a miscarriage justice.

4. Defense counsel's father recently passed away and counsel has been out of the jurisdiction from November 15, 2021 to November 29, 2021. Thus counsel has not had time to prepare for trial.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Trial Date until a date and time convenient to the court.

This is the fourth request for continuance filed herein.

DATED this___ day of November, 2021.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the parties herein the opportunity to effectively and thoroughly prepare for trial.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the Trial currently scheduled for December 1, 2021, at 9:00 a.m., be continued to the __16__ day of __March__, 2022 at __9:00 am__, in courtroom __3D__.

DATED this __29__ day of __November__, 2021.

_____
**HONORABLE CAM FERENBACH**
**U.S. MAGISTRATE JUDGE**