ANDREW S. T. FRITZ, LTD.
Andrew S. T. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada 89101
(702) 383-5155
Fax: (702) 383-2865
Email: contact@fritzlawyers.com
Attorney for Defendant - Josiah Gasior

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-633-VCF |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOSIAH GASIOR, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>STIPULATION AND ORDER TO AMEND CHARGE TO RECKLESS DRIVING</u>

IT IS HEREBY STIPULATED AND AGREED by and between ANDREW FRITZ, ESQ., Counsel for Defendant JOSIAH GASIOR, and ANGELICA MARMORSTEIN, ESQ., Assistant United States Attorney, that if Defendant completes all sentencing obligations within (6) six months of the sentencing date, the Court will allow Defendant to withdraw the current plea of guilty to Count 1: Operating a Motor Vehicle while Under the Influence of Alcohol a violation of Title 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, and enter a plea of guilty to an amended Count 1: Reckless Driving a violation of Title 36 C.F.R. §4.2 and N.R.S. 484B.653.

This Stipulation is entered into for the following reasons:

1. On March 16, 2022, Defendant, Josiah Gasior, plead guilty to Operating

a Motor Vehicle while Under the Influence of Alcohol, a violation of

Title 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor.

2. On March 22, 2022, Defendant completed the victim impact panel

(certificate attached).

3. On April 11, 2022, Defendant completed the Nevada DUI 8-hour online

course (certificate attached).

4. On July 13, 2022, Defendant paid the $1,510.00 fine (receipt attached).

5. On August 9, 2022, Defendant completed a 16 hour Drug and Alcohol

Awareness class (certificate attached).

6. The Guilty Plea Agreement states if, Defendant completes all

sentencing obligations within (6) six months of the sentencing date,

the Court will allow Defendant to withdraw the current plea of guilty to

Count 1: Operating a Motor Vehicle while Under the Influence of Alcohol

a violation of Title 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor,

and enter a Plea of Guilty to an amended Count 1: Reckless Driving a

violation of Title 36 C.F.R. §4.2 and N.R.S. 484B.653.

7. Defendant completed all his sentencing obligations on August 9, 2022,

which is within the required six month period.

DATED: October 24 2022.

_____                    _____
ANDREW FRITZ, ESQ.                                          ANGELICA MARMORSTEIN, ESQ.
Attorney for Defendant GASIOR                        Assistant United States Attorney

-2-

ANDREW S. T. FRITZ, LTD.
Andrew S. T. Fritz, Esq.
Nevada Bar No. 6649
609 South 7th Street
Las Vegas, Nevada  89101
(702) 383-5155
Fax: (702) 383-2865
Email: contact@fritzlawyers.com
Attorney for Defendant - Josiah Gasior

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-MJ-633-VCF |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| JOSIAH GASIOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1.  On March 16, 2022, Defendant, Josiah Gasior, plead guilty to Operating a Motor Vehicle while Under the Influence of Alcohol, a violation of Title 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor.

2.  On March 22, 2022, Defendant completed the victim impact panel. (certificate attached)

-3-

3. On April 11, 2022, Defendant completed the Nevada DUI 8-hour online course. (certificate attached)

4. On July 13, 2022, Defendant paid the $1,510.00 fine (receipt attached).

5. On August 9, 2022, Defendant completed a 16 hour Drug and Alcohol Awareness class (certificate attached).

6. The Guilty Plea Agreement states if, Defendant completes all sentencing obligations within (6) six months of the sentencing date, the Court will allow Defendant to withdraw the current plea of guilty to Count 1: Operating a Motor Vehicle while Under the Influence of Alcohol a violation of Title 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, and enter a Plea of Guilty to an amended Count 1: Reckless Driving a violation of Title 36 C.F.R. §4.2 and N.R.S. 484B.653.

7. Defendant completed all his sentencing obligations on August 9, 2022, which is within the required six month period.

///
///
///
///
///
///
///
///
///

-4-

## CONCLUSIONS OF LAW

The Defendant completed all sentencing obligations on August 9, 2022, within (6) six months of the sentencing date. Defendant is allowed to withdraw the current plea of guilty to Count 1: Operating a Motor Vehicle while Under the Influence of Alcohol a violation of Title 36 C.F.R. § 4.23(a)(1), a Class B misdemeanor, and enter a plea of guilty to an amended Count 1: Reckless Driving a violation of Title 36 C.F.R. §4.2 and N.R.S. 484B.653, and to close this case.

## ORDER

IT IS HEREBY ORDERED:

DATED this ___4th___ day of ___November___, 2022.

_____
**HONORABLE CAM FERENBACH**
**U.S. MAGISTRATE JUDGE**